UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81451-CIV-SINGHAL/MATTHEWMAN

CODY MAX BECKER, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.

KELLER WILLIAMS REALTY, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon Defendant Kristan Cole's ("Cole") Motion to Bifurcate Discovery (DE [32]), as amended by Defendant's Amendment by Interlineation (DE [34]). Cole seeks to bifurcate class action discovery from discovery on the merits of Plaintiff's claims under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A). Cole argues that the issue of whether Defendants used an ATDS should be determined before class action discovery begins. Plaintiff opposes bifurcation (DE [35]). Cole's co-defendant, Keller Williams Realty, Inc., does not object to the relief requested.

Plaintiff seeks to certify two separate classes – a Prerecorded Message Class and a Text Message Class – defined by type of message received by class members. Thus, resolution of the ATDS issue is not dispositive of the entire case. Even if it is determined that Defendants did not use an ATDS to contact the Prerecorded Message Class, the claims of the Text Message Class would remain pending. Additionally, there is likely to

be much cross-over in membership of the two classes and overlap in the factual issues related to class certification and the TCPA claims.  For this reason, bifurcation is not warranted.  *Giordano v. Davison Design & Dev., Inc.,* 2013 WL 11982356, at *5 (S.D. Fla. July 18, 2013) (declining to bifurcate discovery in class action TCPA case) (Dimitrouleas, D.J.).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Bifurcate Discovery (DE [32]), as amended by Defendant's Amendment by Interlineation (DE [34]) be and the same is **DENIED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of March 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF