UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81451-CIV-SINGHAL/MATTHEWMAN

CODY BECKER, on behalf of himself
and on behalf of all others similarly situated,

    Plaintiff,

v.

KELLER WILLIAMS REALTY, INC.,
and KRISTAN COLE,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on the Stipulation for Dismissal Without Prejudice filed by the parties (DE [119]) on March 1, 2021. The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that all claims of the Plaintiff and of the putative class are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs, expenses, and attorney's fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 1st day of March 2021.

                                              RAAG SINGHAL
                                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF