UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 19-cv-81451-SINGHAL/MATHEWMAN

CODY BECKER,
individually and on behalf of all
others similarly situated,     **CLASS ACTION**

    Plaintiff,     **JURY TRIAL DEMANDED**

v.

KELLER WILLIAMS REALTY, INC.,
a Texas corporation, and KRISTAN COLE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Cody Becker and Defendants, Keller Williams Realty, Inc. and Kristan Cole, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed without prejudice.

Respectfully submitted,

Dated: 4/62021

| | |
|---|---|
| */s/ Michael Eisenband* <br> Michael Eisenband, Esq. <br> Florida Bar No. 94235 <br> 515 E Las Olas Blvd, Suite 120 <br> Fort Lauderdale, FL 33301 <br> MEisenband@Eisenbandlaw.com <br><br> **Attorney for Plaintiff** | */s/ Andrew Marchese* <br> Andrew Marchese <br> Florida Bar No. 061931 <br> 100 Northeast Third Avenue, 11th Floor <br> Fort Lauderdale, FL 33301 <br> Marshall, Dennehey, Warner, Coleman, Goggin <br> AJMarchese@mdwcg.com <br><br> **Attorney for Defendant, Keller Williams Realty, Inc.** |
| | /s/ *Lori A. Heim* <br> Lori A. Heim <br> Florida Bar No. 0055247 <br> 1801 North Highland Avenue <br> Tampa, Florida 33602-2656 <br> BUSH \| ROSS, P.A. <br> LHeim@bushross.com <br><br> **Attorney for Defendant, Kristan Cole.** |