UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81451-CIV-SINGHAL

CODY BECKER, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

KELLER WILLIAMS REALTY, INC.,
and KRISTAN COLE,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Stipulation for Dismissal filed by the parties (DE [121]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that that this action, inclusive of all claims asserted or that could have been asserted, by Plaintiff individually against Defendants is dismissed in its entirety with prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed without prejudice. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of April 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF